FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-490-GW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| Nancy Bernal Camacho, | 18 U.S.C. § 3143(a) |
| | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that she is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _instant offense allegations; criminal history; substance abuse history_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that she is not likely to flee if released. Defendant poses a flight risk based on: _instant offense allegation; property refusal to comply with court directions._

IT IS ORDERED that defendant be detained.

DATED: 8/11/2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge